938

No. 999. SHELTON v. OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin L. Wulf* for petitioner. *Melvin G. Rueger* and *Leonard Kirschner* for respondent.

No. 1054. TIDEWATER CONSTRUCTION CORP. ET AL., TRADING AS TIDEWATER-RAYMOND-KIEWIT v. DUKE. Sup. Ct. App. Va. Motion of respondent to dispense with printing brief in opposition granted. Certiorari denied. *R. Arthur Jett* for petitioners. *Henry E. Howell, Jr.,* and *Willard J. Moody* for respondent. ▮

No. 148, Misc. LANDMAN v. VIRGINIA BOARD OF WELFARE AND INSTITUTIONS. C. A. 4th Cir. Certiorari denied. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 152, Misc. FERREE v. FRYE, WARDEN. Sup. Ct. Ill. Certiorari denied. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 197, Misc. LLOYD v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *Stanley A. Bass* for petitioner. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Morton E. Friedman,* Assistant Attorneys General, for respondent. ▮

No. 220, Misc. NORMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States. ▮